**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

February 2, 2022

<u>VIA ECF</u>
Magistrate Judge Sarah L. Cave
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1670
New York, NY 10007

RE:   *United States v. Ana Fernandez*
<u>1:22-MJ-00390-UA-1</u>

Magistrate Judge Cave;

    I, Dawn M. Florio, attorney at law, represent Ana Fernandez on the above case matter.

    I am requesting an extension as per the Proceedings dated 1/19/2022, stating that Ms. Fernandez was required to meet the remaining conditions by 2/2/22, especially in regard to her bond. I am requesting at least a week extension, so we will be able to solidify the cosigners and have them sign the bond. I have spoken to AUSA Kevin Mead and he consents to this request. I am requesting that this application be acknowledged and considered.

    Should your Honor have any questions or concerns, please feel free to contact my office at your earliest convenience.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

Application GRANTED.

SO ORDERED.

_____
USMJ 2/2/2022
CC:   AUSA Kevin Mead